42 U.S.C 1983

JUL 27 2025 PM 2:29
FILED - USDC - FLMD - TPA

United States District Court Middle District Tampa

Damion Raburn
         Plantiff

8:26-cv-2161-TPB-AEP

V. Department of children and Families
   This Forensic's South
   Brandon Jones
   Linda Jerimiyah
   Darnell Fisher
   Sandra Filomino
            Defendants

Civil Action No

Jurisdiction & Venue

This is a civil action authorized by 42 U.S.C 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of The United States. The Court has Jurisdiction under 28. U.S.C. Section 1331 and 1343 (a)(3). Plantiff Raburn seeks declatory relief to 28 U.S.C Section 2201 and 2202. Plantiff Raburn's claims for injunctive relief are authorized by 28 U.S.C Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil procedure.

The Middle District of Tampa is an appropriate venue under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this claim occurred

IFP

Plantiff

1. Damion Raburn is and was an inmate pre trial detainee awaiting for competency treatment in the State of Florida in the custody of the Hillsborough Count Sheriff and Ibis Forensic South, He is currently confined in the Falkenburg Road Jail

Defendants

1. The Department of Children and Families. They are legally Responsible for the operation of The forensic hospitals in Florida and the welfare of all patients

2. Ibis Forensics South is responsible for defendunts that are found incompetent to proceed to trial and in need of treatment

3. Brandon Jones is the head Supervizor of Ibis forensics and oversees the operations

4. Linda Jerimiyah is a supervizor of Ibis forensics and oversees case managment

5. Darnell Fisher is a case manager at Ibis forensics and oversees patient treatment

6. Sandra Filomino is a case manager at Ibis forensics and oversees competentcy treatment

7. Each defendant is sued individually and in his/her official capacity. At all times mentioned in this compliant, each defendant acted under the color of state law.

Facts page 1

Facts

Mr. Raburn a pretrial detainee was court ordered to Ibis forensic's south after being found incompetent to proceed to trial and in need of treatment. The trial court found Mr. Raburn "ITP" on 08/18/2025 Mr. Raburn was then held at the Falkenburg Road Jail for 121 days due to inadequate bed space. He was transfered to Ibis Forensic's South on 12/16/2025. Almost one month later his case worker "Sanda Filammio" met with Mr. Raburn to make a "treatment plan" to restore his competency. The treatment plan however was never put into action. Due to lack of Structure, employees and educational material. Ibis would hold a 15 to 40 minute class on Monday's not every monday though. The class was instructed by an outpatient case manager and some times due to court the classes would not be held. Mr. Raburn would attend a group therapy class on Tuesday's from 1:20 pm to 1:45 pm every other week. The rest of the time Mr. Raburn and the other 29 patients of Ibis forensic's south would spend sleeping on the hallway floors, coloring, doing "off topic" word searches or mostly watching TV. They have 2 big screen TVS with NetFlix, prime, disney and hulu. Residents are locked out of

Facts page 2

there rooms Monday through Thursday so most people sleep in the hallways on the floor. Friday, Saturday and Sunday Patients are allowed to sleep in there rooms all day. They are fed 3 meals a day at 7am, 11am and 4pm as well as snacks at 1pm and 7pm. Mr. Raburn recieved inadequate recreational time of only 40 minutes per week due to insufficent staff and some weeks there was no recreational or exercize time at all because they would only take Mr. Raburn outside if there were 3 staff members working. Mr. Raburn spent 672 hours per month at Ibis with less than 4 hours per month spent on the court ordered competency treatment that the trial Judge ordered him there to attend. Mr. Raburn whom walks with a cane as a result of a motorcycle accident that required two surgeries 4 rods, 13 screws and 2 plates. Ibis interviewed Mr. Raburn twice for there program while he was in Jail both times Mr. Raburn attended the interview with his cane. Upon Admission to Ibis on 12/16/25 Linda Serimiyah a supervisor at Ibis took Mr. Raburns Cane and said it was a weapon and he could not use it despite it being perscribed to Mr. Raburn

Facts page3

as a medical walking device. On February 8th Mr. Raburn fell in the bathroom at Ibis and was taken to St Josephs hospital in Tampa. He was never taken to his follow up appointment and was told by his case manager that he would need to seek treatment once he got released. Upon returning to Jail an xray by Naphcare the Jails medical provider would show a screw missing out of the top rod in Mr. Raburns Knee Mr. Raburn whom is also hiv positive went without his medication for 3 weeks in March because the insurance that Ibis switched him to did not cover his medication. The told him the medication was $7200.00 per month and that they could not afford to pay for it. The "Treatment team" met with Mr. Raburn on 04/09/26 and told him that they could not pay for his medication and the best option was to help get him competent and get released. He was told by the treatment team that they would work one on one with Mr. Raburn to help him get competent. Mr. Raburn whom was diagnosed by two doctors with having Major neurocognitive disorder, Major depression and Schitzophrenia never recieved any one on one treatment and the classes that "Ashley"

Facts page # 4

taught had no educational value. She simply picked 10 to 15 people and asked them a competency question. Mr. Rabum was only picked for a question one time in his 5 month stay at Ibis. he was provided no books, no mock trials or know type of educational material on competency. Mr. Rabum asked Sandra Filomino one of his case workers when he would be taking another evaluation and she told him that he hasn't been there long enough and that he would need to stay there 6-9 months despite the fact he was not sentenced for a certain period of time he was court ordered to recieve competency treatment and that treatment is what keeps you in Ibis which is a "locked facility" During his stay Mr. Rabum did not recieve any type of treatment for the diagnosis that which sent him there and kept him in Ibis thus depriving him of his freedom. On 4/16/26 The court recieved the evaluation letter from Sandra Filomino stating that Mr. Rabum was competent and ready to proceed with his evaluation. Dr McInne evaluated Mr. Rabum on 05/01/26 and prior to the evaluation Sandra Filomino told doctor McInne that Mr. Rabum does

Facts Page #5

not take his medication nor does he participate in competency treatment. Mr. Raburn attends the competency class if they decide to have it but the instructor picks whom she asks the questions to and he was never asked questions from Ashley but one time during his stay. After the evaluation Doctor Mclane stated that Mr. Raburn was non restorable and could not proceed but before the Zoom evaluation was over Darnell Fisher one of Mr. Raburns case managers told Doctor Mclane that Mr. Raburn was faking and he is indeed competent. The Falkenbury Road Jail has become overcrowded with a 6 month waitlist for inmates found incompetent to proceed to trial and in need of treatment. This waiting list for inmates whom suffer from mental health issues was created by Ibis forensics due to the lack of it's educational practices and purposes, The lack of structure and no sense of urgency to get their patients competent and released. They basically are just housing people whom are court ordered to their facility for treatment. When Mr. Raburn asked Sandra Filomina his case Manager how long he would be at Ibis she told him wouldn't you rather spend 6 months to a year in here

Facts page #6

rather than in a Jail. Mr. Raburn has deprived
of his freedom by Ibis as his confinement was
not being reasonably related to the legitimate
goal of becoming competent

Legal Claims M
All defendants violated Mr. Raburns 14th amendment
right "Due process" by failing to provide Mr. Raburn
with treatment for competency, keeping him in a
locked facility, All defendants violated state law
916.107 (A) a Jail may be used as a emergency
facility for up to 15 days. Mr. Raburn was held
in Jail for 121 days after a finding of "ITP"
and needing treatment. Not only did Ibis fail
to meet there statutory deadline but Mr. Raburn
was held in Jail awaiting transfer to a forensic
facility for 4 months which is the entire time
that legisltare allows for the entire hospitalization
The statute does not say the department
can delay this period for the entire time legislature
allows nor does it mention two clocks
that start at seperate times. It clearly states
a defendant can only be held for a reasonable
amount of time not to exceed 4 months.
The defedants also caused the plantiff Mr.
Raburn pain, suffering, physically injury and

<u>Claims page 2</u>

emotional distress. The Plantiff is not allowed to be punished as he is a pretrial detainee. Mr. Raburn's confinement was unconstitutional as he was sent to Ibis with a legitimate goal for competency training which he never recieved. He was being held solely for being incompetent in a restrictive enviorment. Mr. Raburn recieved an injury to his leg because the defendants took his medical cane and did not allow him to use the ADA accomidated bathroom. Mr. Raburn was also discriminated against because of his disability. He was told because he was hiv Positive and they couldn't afford to pay for his medicine that he could not continue to participate and recieve the benefits of there program. This is a clear ADA Violation

By witnessing the defendants illegal actions, failing to correct that misconduct. The defendants also violated mr. Raburns right of not being punished as a pretrial detainee under the due process clause

Mr. Raburn tried to seek relief under Ibis's grievance's system and it was ignored.

Mr. Raburn has no plain, adequate or complete remedy at law to redress the wrongs described herein

## Claims 3

Mr. Raburn has been and will continue to be irrepairably injured by the by the conduct of the defendants unless this court grants the declatory and injunctive relief which plantiff seeks.

## Prayer for relief

Wherefore, plantiff respectfully pray that this court enter Judgment

Granting Plantiff Raburn a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the United States, and a preliminary and perminate insunction ordering the defentents to cease the same erroyeous torward other patients.

Granting plantiff Raburn compensatory damages against each defendant Jointly and Severally of $50,000. each

Plantiff seeks normal damages and punitive damages in the amount of $50,000. Plantiff Raburn seeks these damages against each defendant, jointly and severally

Plantiff also seeks a Jury trial on all or any issues triable by Jury!

Relief 2

Plantiff Raburn also seeks recovery of their costs in this Suit, and Any additional relief this Court deems Just, proper and equitable

Dated: 8/28/2026

Respectfully Submitted, Damion Raburn
2026-18267
520 Falkenburg rd 04/A/12/open
Tampa, Fl 33619

I have read the foregoing compliant and hereby verify that the matters alleged there in are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of persury that the foregoing is true and correct,

Executed at Tampa, Fl on 8/28/2026
Damion Raburn

Department of Children and Families
9393 N Florida ave Tampa Fl 33612

Ibis forensics South
5705 N 22nd st Tampa Fl 33610

Brandon Jones
5705 N 22nd st Tampa Fl 33610

Linda Jerimiyah
5705 N 22nd St Tampa Fl 33610

Damell Fisher
5705 N 22nd St Tampa Fl 33610

Sandra Filimino
5705 N 22nd St Tampa Fl 33610

Damion Raburn 2026-18267
520 Falkenburg Rd 04/A/12/open
Tampa Fl 33619